ACCEPTED
03-15-00539-CR
7598081
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/29/2015 12:40:56 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00539-CR

| | | |
|---|---|---|
| **MATTHEW DIAZ,** | } | |
| **Appellant** | } | |
| | } | **IN THE COURT** |
| | } | **OF APPEALS** |
| | } | **OF THE THIRD** |
| **v.** | } | **SUPREME JUDICIAL** |
| | } | **DISTRICT** |
| **THE STATE OF TEXAS** | } | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/29/2015 12:40:56 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Comes now John Kuchera, undersigned counsel for Appellant, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of thirty (30) days in which to the file Appellant's brief in the above-entitled and numbered cause. In support of this motion, undersigned counsel would show the Court the following.

Counsel was notified by this Court on October 28, 2015 that Appellant's brief was overdue. Counsel has simply been negligent and did not calendar the due date for the brief when the Clerk's Record was filed September 9, 2015. Counsel is presently working on an appellate brief in U.S.A. v. Pina, Appeal No. 15-50792 in the Fifth Circuit Court of Appeals which is due November 1, 2015. Counsel will begin Appellant's brief immediately thereafter.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests

that this Court grant an extension through November 9, 2015, for the filing of Appellant's brief herein.

Respectfully submitted,

/s/ John A. Kuchera
John A. Kuchera
210 N. 6th St.
Waco, Texas 76701
(254) 754-3075
(254) 756-2193 (facsimile)
SBN 00792137
johnkuchera@210law.com

Attorney for Appellant

## Certificate of Service

I certify that on the 29th day of October, 2015, I mailed the foregoing to:

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX 76513

/s/ John A. Kuchera
John A. Kuchera